**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL CASE NO. 5:21-mj-5375-MAS

IN THE MATTER OF CRIMINAL
COMPLAINT FOR CHRISTOPHER WAYNE LIVINGOOD

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

* * * * * * * * *

I, Jeffrey Tyler Chelf, a Task Force Officer of the Federal Bureau of Investigation, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Task Force Officer with the FBI and have been since May of 2021. As such, I am a federal law enforcement officer authorized to investigate violations of federal law and to apply for and execute warrants issued under the authority of the United States. I investigate various federal crimes, including those involving child sexual abuse material and child exploitation. Prior to joining the FBI as a Task Force Officer, I have been assigned to the Bureau of Investigation, Special Victims Section, of the Lexington Police Department as a detective, since January of 2018. As a Lexington Police detective, I am currently assigned to the Crimes Against Children Unit and specifically investigate internet crimes against children. I am also a member of the Kentucky Internet Crimes Against Children Task Force, which is headed by the Kentucky State Police, and made up of several local affiliate agencies. Prior to my assignment as a Crimes Against Children detective with the Lexington Police Department, I was

assigned to the Domestic Violence and Sexual Assault Unit of the Special Victims Section, where I investigated crimes involving domestic violence, adult sexual assaults, elder abuse, and human trafficking. Prior to this assignment, I was assigned to the Bureau of Patrol of the Lexington Police Department, since March of 2015. Prior to this assignment, I attended the Lexington Police Department Training Academy, where I began my law enforcement career in 2014. I have extensive law enforcement training in child exploitation crimes, and most of my caseload consists of child exploitation crimes involving the internet and computer equipment. I have attended numerous in-services, trainings, and have completed on-line training in relation to computer crimes against children and computer crimes in general.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a Criminal Complaint and arrest warrant for CHRISTOPHER WAYNE LIVINGOOD, white male, DOB, 10/01/1971 and does not set forth all of my knowledge about this matter.

3.      This Affidavit is submitted in support of the Criminal Complaint that alleges that on or about March 17, 2018, Livingood produced and sent to Diana Roe, a subject living in Indianapolis, Indiana, images of a naked infant male, with the focus of the images on the male's penis and a male hand grabbing the infant's penis. On or about multiple dates from May 23, 2018, through June 1, 2019, Livingood and Roe exchanged sexually explicit images of minors engaged in sexual activity, including oral, anal, and sexual intercourse, between adults, pubescent and prepubescent children. All of these offenses occurred in, or about, Bourbon

County, Kentucky, in the Eastern District of Kentucky (EDKY), in violation of 18 U.S.C. §§ 2251(a) and 2252(a)(2).

**STATUTORY AUTHORITY**

4. This investigation concerns alleged violations of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2252(a)(2), relating to material involving the sexual exploitation of minors.

a. 18 U.S.C. §2251(a) prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or to have a minor assist any other person to engage in, or to transport any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for purpose of transmitting a live visual depiction of such conduct.

b. 18 U.S.C. § 2252(a)(2) prohibits knowingly receiving or distributing any child pornography that has been mailed or shipped or transported in interstate or foreign commerce by any means, including by computer.

**PROBABLE CAUSE**

5. On or about October 30, 2019, the Federal Bureau of Investigation ("FBI"), Louisville Division, received information from FBI Indianapolis Division regarding a subject in the Eastern District of Kentucky that was involved in the production, receipt, distribution and possession of child sexual abuse material.

6. FBI Indianapolis Division had been investigating a subject named Diana Roe (Roe). That investigation revealed that Roe transported and received child sexual abuse material using Kik Messenger, produced and transmitted images of bestiality, served as the administrator of a Kik Group that was focused on bestiality, and that Roe possessed child sexual abuse material. A review of Roe's Kik account showed Roe distributed and received visual depictions

of minors engaged in sexually explicit conduct with multiple Kik users, including Kik user "bryan388." User bryan388 sent Roe at least 1 image depicting an adult male, reported by the user of byran388 to be that of byran388, engaged in sexually explicit conduct with a child. Roe was arrested and later convicted in the Southern District of Indiana in January of 2021, for multiple counts of 18 U.S.C. § 2252(a)(2) Distribution and Receipt of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct.

7. During the investigation into Roe, Roe's iPhone was forensically examined by Indianapolis Metro Police Department Detective Brian Spengler. Kik conversations between Roe and Kik user bryan388 revealed that bryan388 reported that he had sexually abused at least two children that he has access to:

a. In January of 2018, Kik user bryan388 sent messages to Roe. Roe sent, "How's the new baby" and "Was it a boy or girl?". User bryan388 responded, "Boy", and "He's doing great". User bryan388 then sent an image of an infant's face. Roe responded, "Aww he so little". User bryan388 sent, "Yes he is". In February of 2018 bryan388 sent, "I'm trying to get the kids tonight" and "I'll have the little one too". Bryan388 told Roe that he was in Lexington, Kentucky.

b. In March of 2018, bryan388 sent to Roe, "I have the baby tomorrow all day" and "She's on her way to drop him off". Roe asked, "U gonna put he wang in ur mouth?" User bryan388 responded, "Yes", "Ill suck on it". Roe then told bryan388 that she wanted to see it. User bryan388 sent, "I'll make him hard first", "I'll do my best to make it hard", and "Can I play with his cock before I put it in my mouth?". When Roe asked about his activity later on the same day,

bryan388 told her that the baby had fallen asleep.  User bryan388 told Roe, "Held his dick", "He was going to sleep as I was jacking it", and "I think he liked it". Bryan388 continued, "I'll have it again soon", "When he wakes up I'm going to play with it", and "Suck it".  Roe told bryan388, "Good make him grab ur Cock too".  User bryan388 responded, "Ok", "He might suck it", "I'll put some milk on my dick", and "I can see if he sucks the tip".  User bryan388 continued, "I'll try not to cum", "It will be too much in his mouth", "If I cum in his mouth it will be too much", and "I'll try a finger in his ass too".  User bryan388 first sent an image of an infant sleeping with a gray blanket with black letters on it.   A second image was sent to Roe by bryan388 which is described as an image of the infant's lower half without clothing or a diaper on. The infant's genitals are exposed and his legs are spread. An adult male hand is reaching toward the infant's penis   User bryan388 then sent a third image which showed bryan388 engaged in sexually explicit conduct with the infant by grabbing the infant's penis with the thumb and index finger of the left hand. The fingers are pulling back the foreskin of the infant's penis. After sending the images, bryan388 sent, "He likes it when his dick it touched", "He likes pinky in his ass too", and "He squirmed a little but he took it".

c.  In May of 2019 bryan388 told Roe that he was going to have "baby girl" Sunday, who he further identified as his niece.  User bryan388 told Roe that he bought her a princess dress and was going to play "physical games" with her.  Bryan388 told Roe that he has a privacy fence and intended to play outside with the child.

Bryan388 sent, “Her sweet lil pussy out in the sun”, “I have baby carrots too”, “Lil tiny dicks for her”. As the conversation continued, bryan388 sent to Roe, “I forgot to tell you I have a playset slide in my backyard. She can ride down the slide, climbed up the cliff and climb across the ropes. All with no panties”, “She will have to kick her leg over the cliff wall at the top. Mmmmmmm spreading wide open”, “I’ll video that for you and I’ll be underneath on my back as she walks the rope bridge”, “I want to get my dick in her mouth Sunday”, “I want enough videos so you can show them off in your dropbox app. I think it was dropbox”, “I want you to show your friends my dick in her mouth”.

d. Later in the same conversation, bryan388 sent, “I get the boy tomorrow too for a few hours!!!!”, “He is one and has the cutest little dick” and “I didn’t know if you want to see him too”.

e. Roe later asked bryan388 how it went. He sent “It was amazing. I wanted to live video with you.” Roe then asked him if he used the carrots and he responded “Yes”, “On both of them”, “They worked perfect”, “The princess dress was perfect too”, “It barely covered when she was standing. When she sat down or bent over I could see everything”.

f. As the conversation continued, bryan388 told Roe, “My carrot was hard the whole time”, “Right against her pussy”, “She was on my lap with my dick between her legs”, “I almost came a few times doing that”, and “I didn’t tell you the best part. I laid her on the kitchen table, showed her how to open her pussy, rubbed my dick on her hole then came all over and inside. I licked off as much as I could then

gave her a bath". In response, Roe asked bryan388 "Holy crap babe!!Did u not have the boy at all?" User bryan388 sent, "I played with him but her pussy exposed kept me excited", "It won't be long and I'll be able to get my dick in her ass", "I sucked his little dick for a while and had the carrots in his ass but she took most of my time. We played a game and she got 2 in her ass but she got 4 little carrots in her pussy." Roe responded, "That's so naught baby!!?" and "Just don't get caught! Ur sis will kill u!!"

g. In June of 2019 bryan388 told Roe "I've been told I have them both around 6 for a few hours", "Hopefully you can see me lick her pussy again", "I'll let you tell me what you want to see when we are live", "When we connect I might already have her licking my dick", and "Or better, have her sucking his little dick". As they continued, bryan388 sent, "I didn't want to cum before they got here", "I want to save my cum for them", "I'm going to have her swallow", "I'm going to cum in her mouth. I already decided", "I'll hold up a cup under her chin, what she can't handle as Im filling her mouth she can drink from the cup", "She is going to swallow every drop of cum", "I'm going to show her how to stroke the dogs cock too", and "I'll show her how to kiss his dick too". User bryan388 then sent an image of a dog's penis. Afterwards bryan388 sent "She will get to play" and "His dick may be small enough to go inside her pussy."

h. After a short time, Roe asked bryan388 if the children had arrived. User bryan388 sent "My mom came over to spend time with me and the grandchildren", "I didn't get to do anything", "I'm hoping to get the kids

Saturday", and "I've been craving some little pussy."

i. In June of 2018, bryan388 sent six images of an adult female's genitals to Roe and told her that it was his neighbor. While discussing the neighbor, bryan388 told Roe, "She has 2 daughters and a son" and "4,6,9 the boy is 6". User bryan388 expressed to Roe his desire to engage in sexual activity with the 4- and 9-year-old girls.

8. The Kik messages between Roe and user bryan388 also revealed that bryan388 sent and received sexually explicit images of children:

a. On May 23, 2018, bryan388 sent Roe six sexually explicit images of minors engaged in sexual activity, including oral, anal, and sexual intercourse, between adults and other prepubescent children. Roe responded "Mmmmm luv teen boys!!". User bryand388 then sent, "Me too" and "Love to suck them all."

b. On May 24, 2018, Roe sent bryan388 a sexually explicit image that depicted a prepubescent female positioned overtop of a nude female toddler, with the female's face only inches from the toddler's breast and stomach area. After the file was sent, bryan388 responded "Fuck yeah" and "We could take turns licking that sweet pussy."

c. On May 24, 2018, bryan388 sent Roe eighteen sexually explicit images which included images of prepubescent and teen males engaged in sexual conduct, including masturbation, oral and anal sex with adults and/or with their genitals exposed. After sending the files, bryan388 sent "So many nice teen cocks."

d. From May 29, 2018 until May 30, 2018, Roe sent bryan388 six sexually explicit

images, which included prepubescent minors engaged in sexual conduct, including masturbation, oral, anal and sexual intercourse with adults, including bestiality and bondage. In response to the images, bryan388 sent "Oh god!!! Unbelievable love it."

9.　　The Kik conversations between Roe and user bryan388 also revealed evidence that user bryan388 was engaged in bestiality with two dogs that he has access to:

　　　　a.　In May of 2018, bryan388 and Roe discussed bestiality activities over Kik Messenger.  User bryan388 told Roe, "I need my ass licked."  Roe asked, "Where's ur pup babe."  User bryan388 sent "Getting ready to lick my ass."  User bryan388 then sent an image of a dog engaged in sexual contact (tan greyhound). After the image, bryan388 sent "It feels good."  User bryan388 continued discussing bestiality with Roe.  User bryan388 sent three more images to Roe indicating that he had further engaged in sexual contact with two dogs.  The dogs appeared to be a tan greyhound breed and a gray and black unknown breed.

**Identification of Kik User bryan388**

10.　　On July 3, 2019, Indianapolis Metro Police Department Detective Laura Smith sent a subpoena to Kik for user bryan388's subscriber information, associated email address, user profile picture, and IP addresses. On July 15, 2019, Kik responded to the subpoena. The associated email address was bryanhoguue388@yahoo.com and the vanity name on the account was "Bryan h". The account used IP address 76.177.99.156 to log in multiple times.  Additional information provided by Kik for bryan388 was an android-id of 6f34b7c2c196d078 and registration client: Samsung model: SM-G903A. (listed date: 8/27/2018 at 22:20:12 UTC).

11.     FBI Special Agent Elizabeth Carlson requested a subpoena for the subscriber

information for IP address 76.177.99.156 on 6/16/2019 at 2:25:51 PM (GMT) and 7/2/2019 at

11:39:00 PM (GMT). The IP address was used by the bryan388 account on both dates/times.

12.     On July 31, 2019 Charter Communications provided the subscriber as Erin

Livingood with an address of 95 Hume Bedford Road, Paris, Kentucky 40361. Charter

Communications also provided a phone number of (859) 707-6662.

13.     In September 2019, an FBI employee conducted a search of social media sites for

Erin Livingood and determined her to have a Facebook account under the username Erin

Marcum Livingood (https://www.facebook.com/erin.livingood).  In reviewing the page, the

employee was able to determine that Erin Livingood was married to Christopher Livingood

(https://www.facebook.com/christopher.livingood).  Other family members/connections include

Susie Livingood (https://www.facebook.com/susielivingood), who is the ex-wife of Christopher

Livingood, and their adult children identified as Jonathan Livingood

(https://www.facebook.com/alex.livingood.7) and Kayla Ballinger (Livingood)

(https://www.facebook.com/kayla.m.ballinger.1).  Kayla Ballinger's publicly accessible

Facebook page showed that at the time that she had four children.  The children were then an

approximately 11-year-old male, a 7-year-old male, a 4-year-old female, and a 1-year-old male.

14.     Erin Livingood's Facebook page, as viewed in 2019, also displayed photos of two

dogs which were visually similar to the images sent by bryan388 to Roe during the Kik

Messages.

15.     Open-source searches of the Facebook page belonging to Susie Fryman

Livingood revealed a post from January 24, 2018, where Susie stated, "Look who I got (emojis)

giving some MiMi love" with an image of an infant male child.  This child is identified as the child of Susie's daughter, Kayla Ballinger.

16.     On March 14, 2018, Susie posted, "I have to leave this and go to work…" with an image of an infant male child.  This child is identified as the child of Susie's daughter, Kayla Ballinger.

17.     On October 17, 2019, an FBI employee served a subpoena to Facebook, Inc. for Facebook user Christopher.livingood. On October 21, 2019, Facebook, Inc. provided records responsive to the subpoena. The name on the account was Christopher Livingood and the registered email address for the account was animal254215@yahoo.com. The account had a verified cell phone number of +1-859-707-6662. The records also indicated that the Christopher.livingood account was logged into using IP address 76.177.99.156 on June 25 and 26, 2019.

18.     FBI Special Agent Carlson obtained a search warrant for the Oath Holdings (Yahoo) account associated with bryan388 identified as bryanhogue388@yahoo.com.  The response from Oath Holdings provided the full name as Bryan Hogue with a date of birth **-3-1975 (redacted but known to this affiant) and a verified phone number of 1-859-707-6662. Open-source information regarding this phone number showed the subscriber to be Chris Livingood with the carrier AT&T mobility.  The account registration occurred on August 10, 2014 and showed an IP of 162.233.68.155, service by AT&T U-Verse.

19.     On September 19, 2019 an FBI employee served a subpoena to AT&T Wireless for the subscriber information for phone number 859-707-6662. On October 8, 2019, AT&T provided records in response to the subpoena. According to the AT&T records, Christopher W

Livingood was the subscriber for the phone number. The address listed on the subscriber information was 95 Hume Bedford Road, Paris, KY 40361. A home email address was also listed as animal254215@yahoo.com.

20. On October 13, 2021, Your Affiant served a subpoena to Oath Holdings, Inc. for subscriber information related to email address animal254215@yahoo.com. On October 26, 2021, Oath Holdings, Inc. provided records responsive to the subpoena. The name on the account was Chris Livingood. The verified recovery phone number was listed as +1-859-707-6662.

21. On October 28, 2021, Your Affiant served a preservation letter to Kik for user account bryan388. Kik responded that this account was banned on June 18, 2019, and subsequently all content regarding the account was permanently deleted from Kik's servers.

22. On December 1, 2021, Your Affiant obtained a search warrant from the United States District Court for the Eastern District of Kentucky to search the person of Christopher Livingood and the residence at 1200 Orchard Drive, Nicholasville, KY 40356, where it was believed Livingood was living with his current girlfriend. FBI personnel executed the search warrant on December 3, 2021. FBI personnel located Livingood at 1200 Orchard Drive and interviewed him.

23. Your Affiant advised Livingood of his *Miranda* rights. Livingood advised he understood his rights and agreed to speak with Your Affiant.

24. During the interview, Livingood confirmed his phone number was 859-707-6662 and email address was clivingood25@gmail.com. He stated he also had an email with the word "animal" in it and the numbers "154225", which were his and his son's football numbers.

25. Livingood stated he had been living with his girlfriend, H.C., for approximately

four months, but he still maintains an apartment at 3312 Keithshire Way, Apartment 47, Lexington, KY 40503. Livingood stated his Toyota Tundra was currently at that apartment, as was his daughter, Kayla Ballinger, and one of her children (MINOR – PROTECTED IDENTITY). Livingood stated Ballinger had three other children as well, who were currently with their father. FBI personnel made contact with Ballinger at the apartment and interviewed her.

26. Livingood admitted to making an account on Kik two or three years ago when he was going through a rough time with his now ex-wife. He used a fictious name when he created the account, and stated it was under the name "Bryan" with several numbers after it. He used the account to find someone to be intimate with and "sext and text."

27. Livingood admitted to having sexual conversations on Kik with other users. The sexual conversations included discussing sexual acts with juveniles and animals. Livingood described the conversations as a "fantasy."

28. Livingood admitted that other Kik users shared images and videos of nude juveniles engaged in sexual acts and animals engaged in sexual acts. He admitted to seeing these images and videos regularly on Kik.

29. Livingood admitted to communicating with other Kik users in group chats and private messages. He admitted to engaging in sexualized conversations about juveniles and animals in these conversations. He admitted other users would send him nude images and videos containing minors. Livingood stated he would then go onto the internet and download images depicting nude juveniles and send those images to other users on Kik. Livingood described some of these images as pictures depicting nudist families, including children. Livingood stated he

would tell other Kik users that those were his children, grandchildren, or nieces/nephews.

30. Livingood further admitted to communicating with other Kik users about sexual interactions with animals. He advised users would send images and videos depicting sexual acts with animals. Livingood admitted to going to the internet, searching for images of animals engaged in sexual acts, and then sending those images to users on Kik. Livingood stated he would tell the users on Kik that those were his animals.

31. Livingood admitted that there are currently two pit bull dogs that live with his ex-wife, Erin Marcum, at 95 Hume Bedford Road in Paris, Kentucky. Livingood and Marcum previously had a greyhound dog. Livingood also had a yellow lab when he was employed as a narcotics detective for the Paris Police Department several years ago.

32. Your Affiant showed Livingood the images described above in paragraphs 7(a) and (b) (sanitized to redact the genitalia of the depicted juvenile). Livingood admitted the image described in 7(a) looked like his grandson (hereinafter "V1", MINOR – PROTECTED IDENTITY, DOB */**/2018, known to Your Affiant). Livingood admitted that he thinks he has seen the image described in 7(a) before. When asked if Livingood took these images, Livingood stated he was overwhelmed and had blocked this out of his mind because it was traumatizing. Livingood then admitted that he did take these images and send them on Kik. Livingood stated that although he had blocked it out of his memory, it was now all coming back to him and he was feeling the same traumatizing emotions. When asked if Livingood took any other images like these of V1, Livingood said no and that these were the only ones. He described it as happening because of the opportunity. Livingood stated he was probably sitting on the couch and texting someone on Kik. He advised he probably took the images described above in paragraph 7(b)

when he went to change V1's diaper. When asked if he took any other images of other children, Livingood said no. Livingood advised these images were not saved anywhere else on his phone, and that he only sent them on Kik to one user.

33. Your Affiant also showed Livingood images described above in paragraphs 8(a) and (c) (sanitized to redact the genitalia of the depicted juveniles).

a. One image was sent from bryan388 to Roe on 5/23/2018 at 9:46:59 PM UTC. The image depicts two teenage juveniles nude engaged in anal sexual intercourse.

b. Another image was sent from bryan388 to Roe on 5/24/2018 at 2:37:18 PM UTC. The image depicts a teenage male juvenile engaged in oral sex with another male.

Livingood advised these images were like the images that he would download and send to other users on Kik, though he did not specifically remember the particular images.

34. Your Affiant also showed Livingood an image that was sent by bryan388 to Roe on 6/1/2019 at 12:55:31 PM UTC. The image depicts a nude adult female and a nude prepubescent juvenile holding hands (sanitized to redact the genitalia and breasts of the depicted juvenile). Livingood advised these images were like the images that he would download and send to other users on Kik, though he did not specifically remember the particular image.

35. Your Affiant also showed Livingood two images described above in paragraph 8(d) (sanitized to redact the genitalia of the depicted juveniles):

a. One image was sent by Roe to bryan388 on 5/30/2018 at 7:25:21 AM UTC. The image depicts a nude prepubescent child with what appears to be an adult penis near its face.

b. Another image was sent by Roe to bryan388 on 5/30/2018 at 7:25:54 AM UTC.

The image depicts an adult male engaging in sexual intercourse with an apparent prepubescent minor female.

Livingood advised these images were like the images that he would download and send to other users on Kik, or receive from other users on Kik, though he did not specifically remember the particular images.

36. Livingood stated that at some point he received notification from Kik that his account had been locked out because something violated Kik's terms of use. Livingood stated he reached out to Kik and asked them about reactivating his account, which Kik declined to do.

37. Livingood stated that he accessed Kik and sent the messages described above from his cellular phone. He advised he has had the same phone for a couple of years and it was a Galaxy Note 10. Livingood believed that he used his current phone to send the above-described messages and images on Kik, but stated it could have been his previous phone. Livingood advised his current phone was inside the residence at 1200 Orchard Drive.

38. During the search, investigators located a Samsung Galaxy Note 20 cellular phone. Livingood provided the passcode for the phone. The phone was found to contain the email address animal254215@gmail.com.

39. Livingood gave investigators consent to search his Toyota Tundra and a Samsung Galaxy S10e was located. Your Affiant showed this phone to Livingood and he advised that this was his old phone; however, he had gotten locked out of it and his phone company was unable to reset the passcode to it and therefore he obtained a new phone.

40. Based on all of the information listed above, Christopher Wayne Livingood was arrested on charges of production and distribution of a matter containing visual depictions that

had been transported in and affecting interstate or foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, in accordance with 18 U.S.C. §§ 2251(a) and 2252(a)(2). Review of the seized devices will continue.

41. I submit that this affidavit supports probable cause for a criminal complaint charging the offense of knowingly using a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and receipt and distribution of matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, in violation of 18 U.S.C. §§ 2251(a) and 2252(a)(2).

Respectfully submitted,

**Signed remotely per FRCP 4.1. See addendum.**
Jeffrey Tyler Chelf
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 3rd day of December 2021.

Honorable Matthew A. Stinnett
United States Magistrate Judge
Eastern District of Kentucky