

LAW OFFICES

# MILLER, GRIFFIN & MARKS, P.S.C.

271 WEST SHORT STREET
SECURITY TRUST BUILDING, SUITE 600
LEXINGTON, KENTUCKY 40507-1215

TELEPHONE (859) 255-6676
FAX (859) 259-1562

CHRISTOPHER A. SPEDDING
CSPEDDING@KENTUCKYLAW.COM

WWW.KENTUCKYLAW.COM

## ATTORNEY – CLIENT PRIVILEGE

March 10, 2023

Christopher Wayne Livingood, 77525-509
Federal Correction Institute
Post Office Box 725
Edgefield, SC 29824

**RE:** **USA v. Livingood**

## SECOND ATTEMPT

Dear Christopher,

I am in receipt of your letter dated March 4, 2023. However, I am concerned you may not be getting your mail as I sent a copy of your complete file, per your last request, on January 26, 2023.

Out of an abundance of caution, I am sending a second flash drive with the complete file. However, per my last correspondence, please be advised I am prohibited from duplicating or forwarding the PSI report now that the matter is closed, You will need to obtain a court order for any further duplication of the report. I am enclosing a flash drive with a complete copy of the remainder of your file, excluding those items prohibited by protective order, for your records.

I extend my personal regards and remain,

Very truly yours,

Christopher A. Spedding
Attorney at Law

CAS/km
Encl.

9-6-23

IN 2017 ON AN EXACT DATE THAT ELUDES
ME MY DAUGHTER (KAYLA M. BALLINGER) DROPPED
OFF MY GRANDSON AT MY RESIDENCE. WHEN
I PICKED UP MY GRANDSON I FOUND HIS DIAPER
TO BE EXTREMELY WET. THIS WAS NOT THE FIRST
TIME THIS ISSUE PRESENTED ITSELF. MY DAUGHTER
REFERRED TO MY WIFE AND I (ERIN M. MARCUM)
AS "DIAPER NAZIS" BECAUSE WE "WASTED" SO
MANY DIAPERS BY CHANGING THEM SO MUCH. SHE
BELIEVED THE DIAPERS COULD BE LEFT ON LONGER
THAN ERIN I BELIEVED. I AM IN NO WAY
STATING MY DAUGHTER IS AN INFERIOR
MOTHER. SHE IS IN FACT A GREAT MOTHER.
HOWEVER THIS PARTICULAR OCCASION MY
GRANDSON'S DIAPER HAD FAILED AND LEFT SMALL
CLEAR BEADS ON AND AROUND HIS GENITALS. I
BEING AGGRAVATED DECIDED TO TAKE SEVERAL
PHOTOS SHOWING THE BEADS ON MY GRANDSON
TO PROVE A POINT. AFTER TWO PHOTOS IT
WAS CLEAR MY OLDER CELL PHONE WOULD NOT
GIVE THE DETAIL I REQUIRED SO NO MORE
PHOTOS WERE TAKEN. AS USUAL THE AGGRAVATION
SUBSIDED AND THE INCIDENT BECAME LESS
IMPORTANT. THE TWO (2) PHOTOS IN QUESTION
WERE IN FACT TAKEN WITHOUT ANY SEXUAL
PURPOSE. THE PHOTOS WERE TAKEN TO PROVE
A POINT AND SHOW MY DAUGHTER I WAS
CORRECT IN MY BELIEF. THE ISSUE THEN
BECAME UNIMPORTANT DUE TO THE FACT I DID
NOT WISH TO ARGUE WITH MY DAUGHTER. I
MAKE THIS STATEMENT UNDERSTANDING THAT A
FALSE STATEMENT MAY SERVE AS THE BASIS
FOR PROSECUTION OF PERJURY.

CHRISTOPHER W. LIVINGOOD

9-10-23

TO ADDRESS THE ISSUE WITH AN APPEAL NOT BEING
FILED ON MY BEHALF I CAN KEEP MY STATEMENT
SHORT. MY ATTORNEY AND I DISCUSSED AN APPEAL
BEING FILED ON SEVERAL OCCASSIONS. DURING ONE
PARTICULAR CONVERSATION WHEN MR. SPEDDING
ADVISED I WOULD RECEIVE 15 YEAR MINIMUM
SENTENCE I ADVISED I STILL WANTED TO
APPEAL. I THEN REPLIED "WHAT IF I GET
A MAX SENTENCE?" AND MR. SPEDDING STATED
"WHY WOULD YOU NOT APPEAL?". I BELIEVED
WITHOUT RESERVATION AN APPEAL WOULD BE
FILED ON MY BEHALF. I RECEIVED NO
CORRESPONDENCE NOR PHONE CALL IN REFERENCE
TO AN APPEAL. I WAS UNAWARE AN APPEAL
REPLY WAS REQUIRED DUE TO THE FACT I HAD
ALREADY VOICED MY DESIRE TO APPEAL. MR.
SPEDDING HAD IN TURN CONFIRMED WITH MY
FAMILY HIS INTENTION TO APPEAL ON MY
BEHALF. THE QUESTION OF MY APPEAL WAS
NEVER IN DOUBT UNTIL I INQUIRED ABOUT
IT'S CURRENT STATUS.


I UNDERSTAND THAT A FALSE STATEMENT OF
A MATERIAL FACT MAY SERVE AS THE BASIS FOR
PROSECUTION FOR PERJURY.



CHRISTOPHER W. LIVINGOOD

9-12-23

PLEASE BE ADVISED I HAVE NOT RECEIVED LETTERS FROM MY FAMILY AS OF YET CONFIRMING OUR BELIEF AN APPEAL WOULD BE FILED. IT HAS BEEN WELL OVER A WEEK AND OUR CURRENT B.O.P. MAIL SYSTEM IS UNRELIABLE AT BEST. I WILL FORWARD THE AFFIDAVITS AS SOON AS THEY ARE IN MY HAND. THANK YOU FOR YOUR ASSISTANCE!

CHRISTOPHER W LIVINGOOD