Chris Livingood, # 77525-509
Federal Correctional Institution - Edgefield
P.O. Box 725
Edgefield, SC 29824





⇔77525-509⇔
Clerk Of Court
101 BARR ST
Lexington, KY 40507-1313
United States

Federal Prison
P.O. Box 725
Edgefield, SC 29824

LEGAL/SPECIAL MAIL: The enclosed letter forwarded to you was processed using special mail procedures. The letter was neither opened/inspected. If the writer has a question, problem over which this facility has jurisdiction, you may return the materials for further information/clarification. If the writer encloses correspondence for forwarding to another addressee, please return enclosure to the above address.
Initials _____  Date 9-12-23

LEGAL MAIL

BACK OF ENVELOPE