UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 22-001-DCR |
| V. | ) ) | |
| CHRISTOPHER LIVINGOOD, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court has received three letters from Defendant Christopher Livingood's family members regarding conversations with the defendant's counsel regarding expectations for sentencing and appeal. Being sufficiently advised, it is hereby

**ORDERED** that the Clerk of Court is directed to file the attached letters in the record.

Dated: September 19, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky