UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 22-001-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 23-262-DCR |
| | ) | |
| CHRISTOPHER WAYNE LIVINGOOD, | ) ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 54 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Defendant/Movant Christopher Livingood's motion to vacate, correct, or set aside his sentence pursuant to 28 U.S.C. § 2255 [Record No. 56] is **DENIED** and his claims are **DISMISSED**, with prejudice.

2. Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised in this proceeding.

3. The movant/defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the docket.

4. A Certificate of Appealability will not issue.

- 2 -

Dated: May 1, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky